IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PRINCIPLE ENTERPRISES, LLC,[1]<br><br>Debtor,<br><br>―――――――――――――――――――<br><br>PRINCIPLE ENTERPRISES, LLC,<br><br>Movant,<br><br>v.<br><br>NO RESPONDENTS. | Chapter 11<br><br>Case No. 22-21779-GLT<br><br>Doc. No.:<br><br>Related to Doc. No.:   251 and 252 |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE AND ENTRY OF
(A) FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) APPROVING
THE FIST AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN OF
REORGANIZATION OF PRINCIPLE ENTERPRISES, LLC UNDER CHAPTER 11 OF
THE BANKRUPTCY CODE ON A FINAL BASIS, AND (II) CONFIRMING THE FIRST
AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN OF
REORGANIZATION OF PRINCIPLE ENTERPRISES, LLC UNDER CHAPTER 11 OF
THE BANKRUPTCY CODE [DOC. NO. 251]; AND (B) POSTCONFIRMATION ORDER
AND NOTICE OF DEADLINES [DOC. NO. 252]**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on February 2, 2023, the United States Bankruptcy Court for the Western District of Pennsylvania (the "**Bankruptcy Court**") entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the First Amended Combined Disclosure Statement and Plan of Reorganization of Principle Enterprises, LLC Under Chapter 11 of the Bankruptcy Code on a Final Basis, and (II) Confirmation the First Amended Combined Disclosure Statement and Plan of Reorganization of Principle Enterprises, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 251] ("**Confirmation Order**"), thereby confirming the *Combined Plan and Disclosure Statement*[2] [Doc. No. 206-1] (as may be modified from time to time, "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on February 2, 2023, the Bankruptcy Court entered the *Postconfirmation Order and Notice of Deadlines* [Doc. No. 252] (the "**Postconfirmation Order**").

---

[1] The last four digits of Debtor's federal tax identification number are: 5583.
2. Capitalized terms not otherwise defined herein shall have the same definitions as ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that each of the conditions set forth in Section 18.1 of the Plan have been satisfied or duly waived, and the Effective Date of the Plan occurred on February 7, 2023 (the "**Effective Date**").

**PLEASE TAKE FURTHER NOTICE** that the holder of an Administrative Expense Claim, other than (a) a Claim covered by Section 8.3 or 8.4 of the Combined Plan and Disclosure Statement, (b) a liability incurred and payable in the ordinary course of business by the Debtor after the Petition Date, (c) an Administrative Expense Claim that has been Allowed and/or paid in full on or before the Effective Date, must file and serve on the Debtor a request for payment of an Administrative Expense Claim pursuant to section 503(a) of the Bankruptcy Code so that it is received no later than the **Administrative Expense Claim Bar Date, which is March 9, 2023**. **Holders required to file and serve, who fail to file and serve, a request for payment of Administrative Expense Claims by the Administrative Expense Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the Debtor and its property, and such Administrative Expense Claims shall, as of the Effective Date, be subject to the permanent injunction set forth in Section 17.4 of the Combined Plan and Disclosure Statement.** Notwithstanding the foregoing, pursuant to section 503(b)(1)(D) of the Bankruptcy Code, no governmental unit shall be required to file a request for payment of any Administrative Expense Claim of a type described in sections 503(b)(1)(B) or 503(b)(1)(C) of the Bankruptcy Code as a condition to such Claim being Allowed.

**PLEASE TAKE FURTHER NOTICE** that each professional requesting compensation for services rendered in connection with the Chapter 11 Case before the Effective Date is required to file with the Bankruptcy Court and serve on the Debtor an application for allowance of final compensation and reimbursement of expenses in the Chapter 11 Case **on or before forty-five (45) calendar days after the Effective Date, which is March 24, 2023**. **Professionals required to file and serve, and who fail to file and serve, a request for payment for services rendered in connection with the Chapter 11 Case before the Effective Date, will be Disallowed, forever barred from assertion, and not to be enforceable against the Debtor, the Estate, the Reorganized Debtor or the property of any of the foregoing.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 13.2 of the Plan, Proofs of Claim with respect to Claims arising from the rejection of any Executory Contracts or Unexpired Leases, if any, must be filed with the Court **within thirty (30) days after the Effective Date, or March 9, 2023**, to the extent not already filed and to the extent that there was no other prior order setting an earlier deadline to file such rejection Claim. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed with the Court within such time will be Disallowed, forever barred from assertion, and not be enforceable against the Debtor, the Estate, the Reorganized Debtor, or the property of any of the foregoing**.

**PLEASE TAKE FURTHER NOTICE** that the provisions of the Plan are binding on the Debtors, any holder of a Claim against, or Interest in, the Debtors, and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is Impaired under the Plan and whether or not such holder has accepted the Plan.

|  |  |
|---|---|
|  | Respectfully submitted: |
| Date: February 7, 2023 | WHITEFORD, TAYLOR & PRESTON, LLP |
|  | *By: /s/ Daniel R. Schimizzi* |
|  | Daniel R. Schimizzi, Esq. (PA I.D.: 311869) |
|  | 11 Stanwix Street, Suite 1400 |
|  | Pittsburgh, PA 15222 |
|  | Tel: (412) 275-2401 |
|  | Fax: (412) 275-2404 |
|  | dschimizzi@wtplaw.com |
|  | *Counsel for Principle Enterprises, LLC* |

3