# UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Pennsylvania

In re: Principle Enterprises, LLC

Debtor(s)

Case No. 22-21779

☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 04/12/2023　　　　　　　　　　Petition Date: 09/09/2022

Plan Confirmed Date: 02/02/2023　　　　　　　　　　Plan Effective Date: 02/07/2023

This Post-confirmation Report relates to:　⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____
　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Mark Papalia　　　　　　　　　　　　　　　　Mark Papalia
Signature of Responsible Party　　　　　　　　　　Printed Name of Responsible Party

04/27/2023
Date

6000 Towne Center Boulevard
Canonsburg, PA 15317
　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Principle Enterprises, LLC                                                                                    Case No. 22-21779

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $850,613 | $6,002,329 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $850,613 | $6,002,329 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $392,999 | $712,999 | $0 | $320,000 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Compass Advisory Partners, LLC | Financial Professional | $19,487 | $39,487 | $0 | $20,000 |
| | ii | Portage Point Partners | Financial Professional | $0 | $300,000 | $0 | $300,000 |
| | iii | Whiteford, Taylor and Preston | Lead Counsel | $373,512 | $373,512 | $0 | $0 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | Principle Enterprises, LLC | | Case No. | 22-21779 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name Principle Enterprises, LLC                                                                 Case No. 22-21779

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | vii    |   |   |   |   |   |
|   | viii   |   |   |   |   |   |
|   | ix     |   |   |   |   |   |
|   | x      |   |   |   |   |   |
|   | xi     |   |   |   |   |   |
|   | xii    |   |   |   |   |   |
|   | xiii   |   |   |   |   |   |
|   | xiv    |   |   |   |   |   |
|   | xv     |   |   |   |   |   |
|   | xvi    |   |   |   |   |   |
|   | xvii   |   |   |   |   |   |
|   | xviii  |   |   |   |   |   |
|   | xix    |   |   |   |   |   |
|   | xx     |   |   |   |   |   |
|   | xxi    |   |   |   |   |   |
|   | xxii   |   |   |   |   |   |
|   | xxiii  |   |   |   |   |   |
|   | xxiv   |   |   |   |   |   |
|   | xxv    |   |   |   |   |   |
|   | xxvi   |   |   |   |   |   |
|   | xxvii  |   |   |   |   |   |
|   | xxviii |   |   |   |   |   |
|   | xxix   |   |   |   |   |   |
|   | xxx    |   |   |   |   |   |
|   | xxxi   |   |   |   |   |   |
|   | xxxii  |   |   |   |   |   |
|   | xxxiii |   |   |   |   |   |
|   | xxxiv  |   |   |   |   |   |
|   | xxxv   |   |   |   |   |   |
|   | xxxvi  |   |   |   |   |   |
|   | xxxvii |   |   |   |   |   |
|   | xxxvii |   |   |   |   |   |
|   | xxxix  |   |   |   |   |   |
|   | xl     |   |   |   |   |   |
|   | xli    |   |   |   |   |   |
|   | xlii   |   |   |   |   |   |
|   | xliii  |   |   |   |   |   |
|   | xliv   |   |   |   |   |   |
|   | xlv    |   |   |   |   |   |
|   | xlvi   |   |   |   |   |   |
|   | xlvii  |   |   |   |   |   |
|   | xlviii |   |   |   |   |   |

Debtor's Name Principle Enterprises, LLC                                      Case No. 22-21779

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

Debtor's Name Principle Enterprises, LLC                                                                                       Case No. 22-21779

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $392,999 | $712,999 | $0 | $320,000 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $417,679 | $0 | $10,000 | $417,679 | 2%[1] |
| b. Secured claims | $10,073,778 | $0 | $10,073,778 | $10,073,778 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,505,000 | $0 | $250,500 | $2,505,000 | 10% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                                    Yes ● No ○
    If yes, give date Final Decree was entered:        04/12/2023
    If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?        Yes ● No ○

---

1.    Professional fees allowed as of the date of the entry of the Final Decree are being paid pursuant to agreements by and between the Reorganized Debtor and the professionals entitled to such fees, such that all administrative claims shall receive 100% distributions on account of their allowed amounts pursuant to said agreements.

Debtor's Name Principle Enterprises, LLC                                                                 Case No. 22-21779

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Mark Papalia                                                                 Mark Papalia
Signature of Responsible Party                                      Printed Name of Responsible Party

President                                                                          04/27/2023
Title                                                                                   Date

Debtor's Name Principle Enterprises, LLC                                             Case No. 22-21779


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                          9

Debtor's Name Principle Enterprises, LLC                                      Case No.  22-21779



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page